**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x

Owen Chaiken,                                                    Civil Action No:
                                                                7:24-cv-2490

                                          Plaintiff,


       -v.-


Transunion, LLC,
Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Nissan Motor Acceptance Corporation

                                    Defendants.

---------------------------------------------------------------------------x

### NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

Notice is hereby given that the plaintiff and the defendant, Equifax Information Services, LLC, have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.


DATED, this 10th day of June 2024

                                          */s/Tamir Saland*
                                          Tamir Saland, Esq.
                                          **Stein Saks, PLLC**
                                          One University Plaza
                                          Hackensack, NJ 07601
                                          Phone: 201-282-6500
                                          tsaland@steinsakslegal.com

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 10, 2024 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>*/s/ Tamir Saland*</u>
Tamir Saland, Esq.