# Holland & Knight

Jonathan M. Marmo
1650 Market Street, Suite 3300 | Philadelphia, Pennsylvania 19103
Phone 215.252.9568 | Fax 215.867.6070
jonathan.marmo@hklaw.com | www.hklaw.com

July 2, 2024

Hon. Nelson S. Roman
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   **Re:** **Chaikin v. TransUnion, LLC,** *et. al.*
     **Case No: 7:24-cv-2490-NSR**

Dear Judge Roman,

  My office represents defendant Nissan Motor Acceptance Company LLC. ("NMAC") in connection with the above referenced matter. I write to respectfully request the Court grant NMAC the extension of time stipulated and agreed to between my office and Plaintiff's Counsel, such Stipulation is being filed simultaneously with this submission and a copy is enclosed herein for your review. This is the second extension of time stipulated and agreed to between the parties. The extension is sought so that the parties can have additional time to discuss the findings, obtain additional information, and explore a resolution of the matter.

          Respectfully Submitted,

          HOLLAND & KNIGHT, LLP

          Jonathan Marmo

Cc: *All Counsel of Record via ECF*

#504814443_v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| OWEN CHAIKIN,<br><br>              Plaintiff,<br><br>      v.<br><br>NISSAN MOTOR ACCEPTANCE<br>CORPORATION; TRANSUNION, LLC EQUIFAX<br>INFORMATION SERVICES LLC, EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br><br>              Defendant. | No.: 7:24-cv-2490<br><br>**SECOND STIPULATION<br>EXTENDING TIME TO<br>RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Owen Chaikin and counsel for Defendant Nissan Motor Acceptance Company LLC ("NMAC"), incorrectly named as Nissan Motor Acceptance Corporation that Defendant's time to answer, move or otherwise plead in response to the Complaint is hereby extended to and including August 2, 2024.

This is NMAC's second request for an extension of time. NMAC requires additional time to continue its investigation into Plaintiff's claim, formulate its response to the Complaint, and further explore resolution with Plaintiff's Counsel.

This Stipulation may be executed in any number of counterparts, each of which taken together shall constitute one Stipulation, and may be executed by facsimile signatures which shall be deemed to be and may be utilized in all respects, as an original signature.

Dated:  July 2, 2024

STEIN SAKS, PLLC

By:  _/s/Rami Salim_____

     Rami Salim
     rsalim@steinsakslegal.com
     Yaakov Saks
     ysaks@steinsakslegal.com
     STEIN SAKS, PLLC
     One University Plaza, Suite 620
     Hackensak, NJ 07601
     Tel: (201) 282-6500
     *Attorneys for Plaintiff*

Dated:  July 2, 2024

HOLLAND & KNIGHT LLP

By:

_____
     Jonathan M. Marmo, Esq.
     Jonathan.marmo@hklaw.com
     HOLLAND & KNIGHT, LLP
     1650 Market Street, Suite 3300
     Philadelphia, PA 19103
     Tel: (215) 252-9568
     *Attorneys for Nissan Motor*
     *Acceptance Company LLC*

**SO ORDERED:**

_____
**HON. NELSON S. ROMAN**
**UNITED STATES DISTRICT JUDGE**

Dated: July 2, 2024
White Plains, NY

#504836611_v1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 2, 2024, I filed the foregoing Second Stipulation for Extension of Time using the Court's ECF system, which causes a copy to be emailed to all counsel of record.

_____

Jonathan Marmo