USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/16/2024

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

Owen Chaikin,

                                 Plaintiff,

        -v.-

Transunion, LLC,
Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Nissan Motor Acceptance Corporation

                            Defendants.

-------------------------------------------------------------------------x

Civil Action No:
7:24-cv-2490

## JOINT STIPULATION OF PARTIAL DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Equifax Information Services, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 15, 2024

| For Plaintiff Owen Chaikin | For Defendant Equifax Information Services, LLC |
|---|---|
| Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601 | Jonathan Craig Roffe<br>Clark Hill<br>220 Park street suite 200 |

1

2

| | |
|---|---|
| Ph:  (201) 282-6500<br>rsalim@steinsakslegal.com | Birmingham, MI 48009<br>Ph: (248) 988-1814<br>jroffe@clarkhill.com |

Dated: August 16, 2024
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE