**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------x

Owen Chaiken,                                                       Civil Action No:
                                                                   7:24-cv-2490

                              Plaintiff,


        -v.-


Transunion, LLC,
Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Nissan Motor Acceptance Corporation


                              Defendants.
--------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**


Notice is hereby given that the Plaintiff and the Defendant, Experian Information

Solutions, Inc., have settled this matter.  The parties anticipate completing settlement documents

and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the

Court retain jurisdiction for these parties during said sixty (60) day period.


DATED, this 25th day of March 2025


                                        /s/Rami Salim
                                        Rami Salim, Esq.
                                        **Stein Saks, PLLC**
                                        One University Plaza
                                        Hackensack, NJ 07601
                                        Phone: 201-282-6500
                                        rsalim@steinsakslegal.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 25, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Rami Salim*
Rami Salim, Esq.