USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2025

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------x

Owen Chaikin,

                                   Plaintiff,

      -v.-

Transunion, LLC,
Equifax Information Services, LLC,
Experian Information Solutions, Inc.,
Nissan Motor Acceptance Corporation

                               Defendants.

-----------------------------------------------------------------------------x

Civil Action No:
7:24-cv-2490

### JOINT STIPULATION OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant, Experian Information Solutions, Inc. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: April 10, 2025

| For Plaintiff Owen Chaikin | For Defendant Experian Information Solutions, Inc. |
|---|---|
| Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500 | Karl Bryant Colbary<br>Jones Day<br>250 Vesey Street<br>New York, NY 10281<br>Ph: (212) 326-3639 |

1

| rsalim@steinsakslegal.com | kcolbary@jonesday.com |
|---|---|
|  |  |

**Dated: April 14, 2025**
     **White Plains, NY**

SO ORDERED:

_____

NELSON S. ROMÁN
United States District Judge